Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
email: tom@rozsalaw.com

Attorney for Plaintiff
Susan Pak dba Unipak Designs

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| SUSAN PAK, an individual, doing business as UNIPAK DESIGNS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RHODE ISLAND NOVELTY, INC. a Rhode Island corporation; BOGDAN NOWAK, an individual; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.:<br>**CV11 03887 JFW (JEMx)**<br><br>**ORDER**<br><br>**Hon. John F. Walter** |

The Court, having been advised that Plaintiff Susan Pak dba Unipak Designs and Defendants Rhode Island Novelty, Inc. and Bogdan Nowak (hereafter jointly the "Parties") have entered into a settlement of this dispute, and having reviewed the Stipulated Dismissal With Prejudice executed by counsel for the Parties, hereby makes the following:

## **ORDER**

1. The Complaint against Rhode Island Novelty, Inc. and Bogdan Nowak individually is dismissed with prejudice.

2. Rhode Island Novelty waives the preservation of any right to file a counterclaim against Susan Pak dba Unipak Designs for any action which could have been brought in the above-entitled litigation.

3. Bogdan Nowak waives the preservation of any right to file a counterclaim against Susan Pak dba Unipak Designs for any action which could have been brought in the present litigation.

4. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED:**

Dated: December 15, 2011  _____
John F. Walter
United States District Judge